UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Janel Russell Designs, Inc., | Civil No. 05-991 (RHK/JSM) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Anything Goes, Inc. d/b/a Heavenly Treasures, | |
| Defendant. | |

---

Based on the Stipulation of the parties, it is hereby **ORDERED** that all claims in the above-captioned action shall be and hereby are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 5, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge